John P. Kristensen (SBN 224132)
Jesenia A. Martinez (SBN 316969)
Alejandro Marin (SBN 329185)
**KRISTENSEN LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: 310-507-7924
*john@kristensenlaw.com*
*jesenia@kristensenlaw.com*
*alejandro@kristensenlaw.com*

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NOEMI RUSSO, an individual, | Case No.: 2:20-cv-03939-JAK-MRW |
| Plaintiff, | **COLLECTIVE ACTION** |
| vs. | **NOTICE OF SETTLEMENT** |
| JOAMAR, INC. dba CANDY CAT TOO, a California Corporation; SAUL PEREZ, an individual; INDALECIO J. PEREZ, JR., an individual; DOE MANAGERS 1-3; and DOES 4-10, inclusive, | |
| Defendants. | |

**NOTICE OF SETTLEMENT**
– 1 –

COMES NOW plaintiff Noemi Russo ("Plaintiff") by and through her undersigned counsel, to notify this Court that the parties have reached a complete settlement in principle of the claims in this action. Plaintiff requests that this Court vacate all pending dates and deadlines and allow twenty-one (21) days within which to file a motion for approval pursuant to the Fair Labor Standards Act.

Dated:  June 30, 2021                    **KRISTENSEN LLP**

/s/ *John P. Kristensen*
John P. Kristensen
Jesenia A. Martinez
Alejandro Marin
***Attorneys for Plaintiffs***

# CERTIFICATE OF SERVICE

     I certify that on Wednesday, June 30, 2021 a true and correct copy of the **NOTICE OF SETTLEMENT** was served via CM/ECF upon all participants of record, including the following parties, pursuant to Fed. R. Civ. P. 5:

Fadi K. Rasheed
Robert A. Orozco
Philip A Toomey
**LEECH TISHMAN FUSCALDO & LAMPL, INC.**
2041 Rosecrans Avenue, Suite 300
El Segundo, CA 90245
Email: frasheed@leechtishman.com
Email: rorozco@leechtishman.com
Email: ptoomey@leechtishman.com

*Counsel for Defendants*

                                          */s/ John P. Kristensen*
                                            John P. Kristensen