| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOEMI RUSso,

    Plaintiff,

v.

JOAMAR, INC., et al.,

    Defendants.

No. 2:20-cv-03939-JAK (MRWx)

**ORDER RE JOINT REPORT RE: DISMISSAL OF ACTION (DKT. 74)**

**JS-6: CASE TERMINATED**

1

1    Based on a review of the Joint Report Re: Dismissal of Action (the "Report" (Dkt.
2  74)), this action is dismissed; provided, however, this Court retains jurisdiction with
3  respect to any breach of the settlement agreement.

6  **IT IS SO ORDERED.**

8  Dated: May 24, 2023

9                                  John A. Kronstadt
10                                 United States District Judge